UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MICHAEL G. BRICKNER,                                    Civil No. 09-CV-0269 (PJS/FLN)

      Plaintiff,

v.                                                                          ORDER OF DISMISSAL

JJT DEVELOPMENT, LLC, BRETT A. THIELEN,
JESSICA THIELEN, and THIELEN PROPERTIES, LLC,

      Defendants.

---

Based upon the Stipulation of Dismissal filed by the parties on April 1, 2010 [Docket No. 66],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: April  1 , 2010                              s/Patrick J. Schiltz
                                                            Patrick J. Schiltz
                                                            United States District Judge